

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Atiqullah Paindazada, Appellant

No. 06-24-00100-CR      v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 18,783). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the second nunc pro tunc judgment of the court below. We affirm the trial court's second nunc pro tunc judgment adjudicating guilt.

We note that the appellant, Atiqullah Paindazada, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 4, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk